UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FRANCISCO JARAMILLO<br><br>*Plaintiff*,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>*Defendant* | CA 1:17-CV-00114-PAS |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Francisco Jaramillo, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), hereby dismisses the above-captioned action with prejudice and without costs, waiving all rights of appeal.

Respectfully submitted,                          Respectfully submitted,

**FRANCISCO JARMILLO,**                **WELLS FARGO BANK, N.A.**
                                                              By Its Attorneys,
By his Attorney,


*/s/* Todd S. Dion                                    */s/* David E. Fialkow
Todd S. Dion (6852)                              David E. Fialkow (9318
681 Park Avenue, Suite 24                   david.fialkow@klgates.com
Cranston, RI 02910                               Edward J. Mikolinaki (9035)
(401) 965-4131 Phone                          edward.mikolinski@klgates.com
(401) 270-2202 Fax                               K&L Gates LLP
toddsdion@msn.com                           State Street Financial Center
                                                              Boston, MA 02111
                                                              (617) 261-3100 Phone
                                                              (617) 261-3175 Fax


Date:  August 6, 2019

{K0787234.1}

## **CERTIFICATE OF SERVICE**

      I, Todd S. Dion, Esquire, certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date:  August 6, 2019                /s/ Todd S. Dion
                                                    Todd S. Dion